*JUDGMENT*

PER CURIAM

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.*

TRITEK TECHNOLOGIES, INC., Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Northrop Grumman Corporation, Third Party Defendant–Appellee,

and

Seimens Dematic Corporation (now known as Siemens Energy & Automation, Inc.), Third–Party Defendant–Appellee.

No. 2006–5014.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2006.

Before MAYER, BRYSON, and LINN, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public order.*

IAP INTERMODAL, L.L.C., Plaintiff–Appellant,

v.

NORTHWEST AIRLINES CORPORATION, Northwest Airlines, Inc., Pinnacle Airlines, Inc., Singapore Airlines Limited, British Airways PLC and Korean Air Lines Co., Ltd., Allegheny Airlines, Inc., PSA Airlines, Inc., Piedmont Airlines, Inc., U.S. Airways Group, Inc. and U.S. Airways, Inc., Defendants,

and

AMR Corporation, American Airlines, Inc., AMR Eagle Holding Corp., American Eagle Airlines, Inc. and Continental Airlines, Inc., Defendants–Appellees.

Nos. 06–1116, 06–1117.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2006.

Before MICHEL, Chief Judge, RADER and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**KENCRAFT, INC., Appellant,**

v.

**WORLD CONFECTIONS, INC., Appellee.**

No. 2006–1297.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**Frank BOLDUC, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5144.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2006.

**ORDER**

The order of dismissal and the mandate dated 10/31/2006 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

*This case was not selected for publication in the Federal Reporter*

*NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**James D. MCINVALE, Mearil G. Martin, Kenneth W. Owings, Elwyn A. Nichols, Louis W. Cook, Ernest L. Cannon, Shirley W. Flora, Paul D. Fouts, George P. Cook, William A. Stephenson, James L. Tarnow, Donald E. Walton, Stanley L. Walker, Donald H. Baker, Bruno Arcangeletti, Louis J. Aceto, Jr., Morton Deitz, Joseph P. Wahy, Robert J. Klen, James A. Witt, David C. McAlpine, and Lawrence G. Meeker, Claimants–Appellees,**